# FLORIN | ROEBIG
## Trial Attorneys

Board Certified Civil Trial Lawyer by
The National Board of Trial Advocacy[1]
Board Certified In Civil Pretrial Practice
by The National Board of Trial Advocacy[2]
Board Certified Civil Trial Lawyer
by The Florida Bar[3]
LL.M in Advocacy[4]
Admitted to U.S. Dist. Court for Colorado[5]
Also licensed in MN[6], KY[7], TX[8], IN[9], IL[10], CO[11]
Licensed in MN only[12]
M.B.A.[13] and/or of Counsel[14]

777 Alderman Road
Palm Harbor, FL 34683
(Primary Administrative Office)
727-786-5000
Toll Free: 800-226-6581
www.FlorinRoebig.com

(All Replies to Palm Harbor, FL)

**MINNESOTA**
7760 France Avenue South, Suite 130
Minneapolis, MN 55435

**FLORIDA BRANCH OFFICES**
1506 Prudential Dr.    777 S. Flagler Dr., #800
Jacksonville, FL 32207    W. Palm Beach, FL 33401

**TEXAS**
3010 LBJ Fwy., # 1200    440 Louisiana St., #900
Dallas, TX 75234    Houston, TX 77002

**COLORADO**
7887 East Belleview Ave., Suite 1100
Denver, CO 80111

June 17, 2020

**<u>Sent Via Regular Mail & Via Certified Mail/RRR#: 9490 9118 9956 3906 9711 59</u>**

Sea Tow Clearwater / Port Richey
5122 Trouble Creek Rd
Port Richey, FL 34652

   RE:  Our Clients     : Nick Cachussie, Adrienne Cachussie and Cheryl Watkins
       Watercraft Collision  : June 14, 2020

Dear Sea Tow Clearwater / Port Richey:

Please be advised that Florin Roebig, PA represents Nick Cachussie, Adrienne Cachussie and Cheryl Watkins for losses sustained in the above referenced event.

On June 14, 2020 around 3:20 PM, Curtis Snyder, a captain of a Sea Tow of Clearwater / Port Richey vessel violently collided with the watercraft that our clients, Nick Cachussie, Adrienne Cachussie and Cheryl Watkins occupied causing significant injury.

In order to properly advise our client of certain legal rights, we require information concerning your insurance coverage. The laws of the State of Florida require that you provide us with the full names of all insurance companies who provided liability coverage to you or your vessel and the amount of such coverage. Please provide the local address and policy number, if known. You may simply enter the information below and return this letter to our office:

**NAME OF INSURANCE COMPANY**   **POLICY NUMBER**

_____  _____

_____  _____

_____  _____

Exhibit 1

---




WIL H. FLORIN[1,2,3,5,8] • THOMAS D. ROEBIG, JR.[1,2,3,5] • MICHAEL L. WALKER[1,2,3,6,9,10]
NEIL P. O'BRIEN[5,6,8,13] • CHASE P. FLORIN[1,3,5,8,11] • SHAUN M. CUMMINGS[5] • LUCA G. ESPOSITO[5,6] • CHAD K. FLORIN[4,5,6,13]
NICK S. COSTANTINO[5,6] • JORDAN A. KOLINSKI[12] • MATTHEW L. McMULLEN[12] • PARKER Y. FLORIN[4] • TAYLOR D. ROEBIG
KAVON P. SMITH[5] • MICHAEL A. OSSI[14] • LAWRENCE J. NAJEM[14] • ANDREW M. LEONE[6,14]
BRIAN R. DETTMAN[7,14] • NOLLYS R. SOLARTE[14]

June 17, 2020
Sea Tow Clearwater / Port Richey
Page Two
_____/

We are requesting that you do not discard or make any alteration whatsoever to any evidence which is related to this claim without notifying this office and allowing us a reasonable opportunity to inspect, photograph, view and/or conduct tests. If any evidence is spoliated despite this request, we will pursue all available legal remedies. Specifically, we request that you preserve and produce the following:

1.) Preserve and do not spoilate, destroy and/or alter the on-board GPS navigational devices for the Sea Tow vessel involved in the collision;
2.) Produce any GPS information recorded on the date of loss for the Sea Tow vessel involved in the collision;
3.) Produce any information recorded by the Sea Tow vessel's auto-piolet navigation system recorder;
4.) Produce any personal contact data (i.e.: address; full legal name) for Curtis Lee Snyder, the captain of the vessel involved in the collision;
5.) Produce the results of any drug and alcohol screen taken of the vessel's captain, Curtis Lee Snyder, on the date of loss;
6.) Produce the phone number, cellular service provider and name of account holder for any cell phone(s) on the vessel at the time of the collision;
7.) Produce any information regarding all Sea Tow related collisions within the past year;
8.) Preserve the vessel involved in this event for our expert's inspection

We also request, in accordance with the laws of Florida, that you forward a copy of this form request to each insurance company providing coverage to you.

Thank you for your attention to this important matter.

Sincerely,

**FLORIN ROEBIG, P.A.**

Thomas D. Roebig, Jr., Esquire

TDR/dls