# FLORIN|ROEBIG
### Trial Attorneys

Board Certified Civil Trial Lawyer by
The National Board of Trial Advocacy[1]
Board Certified In Civil Pretrial Practice
by The National Board of Trial Advocacy[2]
Board Certified Civil Trial Lawyer
by The Florida Bar[3]
LL.M in Advocacy[4]
Admitted to U.S. Dist. Court for Colorado[5]
Also licensed in MN[6], KY[7], TX[8], IN[9], IL[10], CO[11]
Licensed in MN only[12]
M.B.A.[13] and/or of Counsel[14]

777 Alderman Road
Palm Harbor, FL 34683
(Primary Administrative Office)
727-786-5000
Toll Free: 800-226-6581
www.FlorinRoebig.com

(All Replies to Palm Harbor, FL)

**MINNESOTA**
7760 France Avenue South, Suite 130
Minneapolis, MN 55435

**FLORIDA BRANCH OFFICES**
1506 Prudential Dr.          777 S. Flagler Dr., #800
Jacksonville, FL 32207     W. Palm Beach, FL 33401

**TEXAS**
3010 LBJ Fwy., # 1200    440 Louisiana St., #900
Dallas, TX 75234              Houston, TX 77002

**COLORADO**
7887 East Belleview Ave., Suite 1100
Denver, CO 80111

June 26, 2020

**Sent Via E-mail:** *wmarrione@berkleyoffshore.com*

William Marrione
Berkely Offshore Underwriting Managers
757 Third Ave.
10th Floor
New York, NY 10017

|  |  |  |
|---|---|---|
| RE: | Our Clients: | *Nick Cachussie, Adrienne Cachussie & Cheryl Watkins* |
|  | Your Insured: | *Sea Tow* |
|  | Date of Loss: | *June 14, 2020* |

Dear Mr. Marrione:

As you know, Florin Roebig, P.A. represents the legal interests of Nick Cachussie, Adrienne Cachussie and Cheryl Watkins in the above referenced matter.

Enclosed please find the current photographs that our office is in possession of for the vessel in which our clients occupied at the time of collision.

Should you have any questions and/or concerns, please do not hesitate to contact our office.

Sincerely,
**FLORIN ROEBIG, P.A.**

Thomas D. Roebig, Jr., Esquire
TDR/dls

Enclosures as stated above

Exhibit 2

---



WIL H. FLORIN[1,2,3,5,8] • THOMAS D. ROEBIG, JR.[1,2,3,5] • MICHAEL L. WALKER[1,2,3,6,9,10]
NEIL P. O'BRIEN[5,6,8,13] • CHASE P. FLORIN[1,3,5,6,11] • SHAUN M. CUMMINGS[5] • LUCA G. ESPOSITO[5,6] • CHAD K. FLORIN[4,5,6,13]
NICK S. COSTANTINO[5,6] • JORDAN A. KOLINSKI[12] • MATTHEW L. McMULLEN[12] • PARKER Y. FLORIN[4] • TAYLOR D. ROEBIG
KAVON P. SMITH[5] • MICHAEL A. OSSI[14] • LAWRENCE J. NAJEM[14] • ANDREW M. LEONE[6,14]
BRIAN R. DETTMAN[7,14] • NOLLYS R. SOLARTE[14]