UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

CASE NO.: 8:21-cv-00420-CEH-SPF

AT LAW AND IN ADMIRALTY

IN RE: INTREPID MARINE TOWING
& SALVAGE, INC. d/b/a SEA TOW
CLEARWATER/PORT RICHEY and
JASON PATRICK LAMB as owners of a
1998 WORLD CAT 266SS, Vessel
Identification Number EPY662178898,
FL Registration Number FL3588KF, FOR
EXONERATION AND/OR
LIMITATION OF LIABILITY

    Petitioners,

v.

NICHOLAS CACHUSSIE, an
individual; ADRIENNE CACHUSSIE,
an individual; and CHERYL WATKINS,
an individual.

Claimants.

_____/

## NOTICE OF APPEARANCE

THOMAS D. ROEBIG, JR., ESQUIRE of Florin Roebig, P.A., hereby files a Notice of Appearance as counsel for Claimants, NICHOLAS CACHUSSIE, ADRIENNE CACHUSSIE and CHERYL WATKINS, and hereby requests that all future pleadings, motions, notices, orders and other documents filed by the parties and the Court be served upon the undersigned.

Respectfully submitted,

**FLORIN ROEBIG, PA**

  */s/ Thomas D. Roebig, Jr.*
_____
**Thomas D. Roebig, Jr. Esquire**
tdr@florinroebig.com
FBN: 0651702

**FLORIN ROEBIG, PA**
777 Alderman Road
Palm Harbor, FL 34683
Telephone: (727) 786-5000
Fax: (727) 772-9833
**Service Emails:**
Primary: tdr@florinroebig.com
Secondary: PIService@florinroebig.com
*Attorney for the Claimants*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 17th day of May, 2021. We also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

By: /s/ Thomas D. Roebig, Jr.
Thomas D. Roebig, Jr. Esquire
(FBN: 0651702)
Email: tdr@florinroebig.com